UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 12-cr-20474
Hon. Matthew F. Leitman

v.

SHAWN ALLEN MCINTOSH,

      Defendant.

_____/

**ORDER REQUIRING DEFENDANT'S APPEARANCE AND
AUTHORIZING UNITED STATES MARSHALS SERVICE TO USE
MINIMUM AMOUNT OF FORCE REASONABLY NECESSARY TO
ENSURE DEFENDANT'S APPEARANCE**

On June 24, 2026, the Court scheduled an in-person supervised release violation hearing in this action for July 30, 2026, at 1:30 p.m. (*See* Notice, ECF #63.) Defendant Shawn Allen McIntosh is ordered to personally appear at that hearing. (*See id.*)  Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure McIntosh's appearance in Court for the scheduled hearing.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126